Ronald L.M. Goldman, State Bar No. 33422
Robert E. Guilford, State Bar No. 29210
BAUM HEDLUND
12100 Wilshire Blvd., Suite 950
Los Angeles, CA  90025
Tel:  (310) 207-3233

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE A. MCCONLOGUE, individually, and as Guardian Ad Litem on behalf of JESSE D. MCCONLOGUE, a minor, and KRISTEENA N. TINNIN, a minor; and as Successor in Interest of the Estate of JEREMY D. MCCONLOGUE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC. and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: C 04-01735 SBA<br><br>ECF<br><br>STIPULATION OF DISMISSAL; [PROPOSED] ORDER |

Plaintiff, NICOLE A. MCCONLOGUE, individually, and as Guardian Ad Litem on behalf of JESSE D. MCCONLOGUE, a minor, and KRISTEENA N. TINNIN, a minor; and as Successor in Interest of the Estate of JEREMY D. MCCONLOGUE, deceased, and Defendant SCHNEIDER NATIONAL CARRIERS, INC., hereby request that the above action be, and hereby is, dismissed with prejudice as against all parties pursuant to Federal Rules of Civil Procedure 41(a)(1); with all parties to bear their own costs.

| | | |
|---|---|---|
| 1 | Dated: AUGUST 12, 2005 | BAUM HEDLUND |
| 2 | | |
| 3 | | By: _____ |
| | | Ronald L.M. Goldman, CA Bar #33422 |
| 4 | | Robert E. Guilford, Esq. CA Bar #29210 |
| | | 12100 Wilshire Blvd., Suite 950 |
| 5 | | Los Angeles, CA 90025 |
| | | (310) 207-3233 Tel; (310) 820-7444 Fax |
| 6 | | Attorneys for Plaintiff |
| 7 | | |
| 8 | Dated: AUGUST __, 2005 | CESARI, WERNER AND MORIARTY |
| 9 | | By: _____ |
| | | Paul N. Cesari, Esq. |
| 10 | | Cesari, Werner and Moriarty |
| | | 360 Post Street - Fifth Floor |
| 11 | | San Francisco, CA 94108-4908 |
| | | (415) 391-1113 Tel; (415) 391-4626 Fax |
| 12 | | Attorneys for Defendant |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Case No. C 04-01735 is hereby dismissed with prejudice.

SO ORDERED this _____ day of _____, 2005

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER SEALING DOCUMENTS CASE NO. C 04 1735 SBA

1 | Dated: AUGUST 12, 2005

BAUM HEDLUND

By: _____
Ronald L.M. Goldman, CA Bar #33422
Robert E. Guilford, Esq. CA Bar #29210
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233 Tel; (310) 820-7444 Fax
Attorneys for Plaintiff

Dated: AUGUST 16, 2005

CESARI, WERNER AND MORIARTY

By: _____
Paul N. Cesari, Esq.
Cesari, Werner and Moriarty
360 Post Street - Fifth Floor
San Francisco, CA 94108-4908
(415) 391-1113 Tel; (415) 391-4626 Fax
Attorneys for Defendant

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Case No. C 04-01735 is hereby dismissed with prejudice.

SO ORDERED this 22nd day of August, 2005

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Saundra B. Armstrong]*